FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

APR 16 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## District of New Mexico

### CM/ECF PRO SE NOTIFICATION FORM
Case Management/Electronic Case Files

This form is used to elect the type of notification of filing to be received from the Court's Case Management/Electronic Case File (CM/ECF) system. Please select only **ONE** type of notification and complete the necessary information.

**PLEASE TYPE or PRINT**

| Please enter party information ||
|---|---|
| Case Number: | CV 25-368 |
| First/Middle/Last Name: | CARL / ALEXANDER / WESCOTT |
| Contact Phone Number: | 276 773 7377 (Include Area Code) |
| Complete the following information for **either** a P.O. Box **or** physical address, not both. ||
| Address: | 8210 E via de la escuela |
| City/State/Zip: | Scottsdale AZ 85258 |

**Please choose the method of notification (select only one)**

○ I elect to receive notification via **postal mail**
(Using the address entered above, either a P.O. Box or physical address.)

☑ I elect to receive notification via **E-Mail** **
(Complete the following information)

| E-Mail Address: | CARLWESCOTT2025@GMAIL.COM |
|---|---|

○ I elect to receive notification via **Fax** **
(Complete the following information. Failures due to invalid or busy fax numbers will be delivered via postal mail to the address above)

| FAX Number: | (Include Area Code) |
|---|---|

**For Fax or E-mail, by submitting this notification form, the undersigned consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. Repeated failures, of either the fax number or e-mail address, will result in the information being removed from the case and subsequent notifications will be delivered via postal mail.

Signature: C.A. Wescott        Date: 4/14/2025

**Submission:** You may submit this completed **AND** signed form via one the following:

| Mail | Fax | E-Mail |
|---|---|---|
| United States District Court<br>ATTN: CM/ECF Notifications<br>333 Lomas Blvd NW, Suite 270<br>Albuquerque, NM, 87102 | 505-348-2028 | cmecf@nmd.uscourts.gov<br><br>(Scan to PDF file format) |

*Note: Questions regarding this form may be directed to our CM/ECF Help Desk at (505) 348-2075 or via email (at the above email address).*



**FROM:**
Carl A. Wescott
8210 E. Via de la escuela
Scotsdale AZ 85258

**TO:**
Clerk of Court
US Courthouse
106 S. Federal Place
Santa Fe, NM 87501

RECEIVED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
APR 16 2025
MITCHELL R. ELFERS
CLERK

USPS TRACKING #
9114 9023 0722 4032 1832 54