IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARL A. WESCOTT,

    Plaintiff,

v.                                                        No. 1:25-cv-00368-KWR-GBW

EMZINI AFRICA HOLDINGS LIMITED and
DOES 1 through 10,

    Defendants.

## **RULE 58 JUDGMENT**

    **THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal, which dismissed all of Plaintiff's claims.

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                                               /S/ KEA W. RIGGS
                                               **UNITED STATES DISTRICT JUDGE**